1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff ORLANDO GARCIA

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 | ORLANDO GARCIA,                    ) Case No.: 2:20-CV-11750-SK
11 |         Plaintiff,                 ) **NOTICE OF SETTLEMENT AND**
   |                                    ) **REQUEST TO VACATE ALL**
12 |    v.                              ) **CURRENTLY SET DATES**
13 | HKJ GOLD, INC., a California       )
   | Corporation; and Does 1-10,        )
14 |                                    )
   |         Defendant.                 )
15 |                                    )
16

17      The plaintiff hereby notifies the court that a provisional settlement has been
18 reached in the above-captioned case. The Parties would like to avoid any additional
19 expense while they focus efforts on finalizing the terms of the settlement and reducing it
20 to a writing.
21      The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
22 dates with the expectation that the settlement will be consummated within the coming
23 sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all
24 parties to be filed.

25

26 Dated: January 28, 2021           CENTER FOR DISABILITY ACCESS
27                                   By:   /s/Amanda Seabock
                                           Amanda Seabock
28                                         Attorney for Plaintiff